# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RONALD F. CONNIFF,<br>(# 09667-003)<br>    Petitioner<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>    Respondent. | CRIMINAL ACTION 06-00282-KD-N<br>(Civil Action No. 11-00674-KD) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's § 2255 petition, seeking to vacate, set aside, or correct his sentence is hereby **DENIED** and, further, that a certificate of appealability is hereby **DENIED**.

DONE this 18th day of November 2013.

                                                s/ Kristi K. DuBose
                                              KRISTI K. DuBOSE
                                              UNITED STATES DISTRICT JUDGE